UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00009-D2
NO. 7:15-CR-00009-D8
NO. 7:15-CR-00009-D9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| TAKEYAH BAKER | ) | |
| CHRISTOPHER ANTUAN JONES | ) | |
| DANIELLE JONES | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 250 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Defendants attorney.

This the **3** day of _____May_____, 2016.

_____
JAMES C. DEVER III
Chief United States