IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **ORDER** |
| | : | |
| v. | : | |
| | : | |
| **TAKEYAH ONI BAKER,** | : | 7:15 CR 9-D-2 |
| Defendant. | | |

This matter came before the Court upon the Defendant's motion to seal two documents in the above styled case based on information that is contained in an attached memorandum. After considering the Defendant's arguments,

**THE COURT ORDERS**:

    1. That the sentencing memorandum filed on August 24, 2016 at docket entry 394 in the above styled case, including any attachments, shall be sealed until such time as the Court Orders it to be unsealed,

    2. That the memorandum that is attached to the Defendant's motion to seal at docket entry 396 explaining the details of the Defendant's motion to seal, shall be sealed until the Court Orders that is to be unsealed.

    This is the __24__ day of August, 2016.


Honorable James C. Dever III
United States District Court Judge